THE ROBERT GERE BANK, Appellant, *v.* HORACE INMAN, Impleaded, etc., Respondent.

(Argued June 18, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made January 19, 1889, which affirmed an order of Special Term, denying a motion to strike out as sham the answer of the defendant Duncan.

*Martin A. Knapp* for appellant.

*P. J. Lewis* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.

---

THE BOARD OF SUPERVISORS OF SUFFOLK COUNTY, Respondent, *v.* THE CITY OF KINGSTON, Appellant.

(Argued June 18, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 15, 1888, which affirmed an interlocutory judgment overruling a demurrer to plaintiff's complaint.

*G. D. B. Hasbrouck* for appellant.

*Richard L. Sweezy* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.